UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHRIS DE LUCA

Plaintiff,

-v-

EQUIPMENT SALES & SERVICE, INC. and FORD MOTOR COMPANY (Improperly plead as Ford Motor Corporation)

Defendant.

Case No. 07 CIV 9621

**Rule 7.1 Statement**

---

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for FORD MOTOR COMPANY (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

**Date:** November 21, 2007

s/James S. Dobis, Esq.
**Signature of Attorney**

**Attorney Bar Code:** (JD1425)

Form Rule7_1.pdf  SDNY Web 10/2007