UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRIS DE LUCA,<br><br>    Plaintiff,<br><br>vs.<br><br>EQUIPMENT SALES & SERVICE, INC.<br>and FORD MOTOR COMPANY<br>(Improperly plead as Ford Motor<br>Corporation),<br><br>    Defendants. | Case No. 07-cv-9621<br><br>JUDGE BRIEANT<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the defendant, Ford Motor Company, hereby appears in the above-entitled action, and that the undersigned has been retained as Attorneys for said defendant and demands a copy of all papers in this action be served upon the undersigned at the office stated below.

Dated:    New York, New York
           November 21, 2007

                                              s/James S. Dobis, Esq.

                                              James S. Dobis (JD1425)
                                              DOBIS, RUSSELL & PETERSON
                                              7 Elk Street, Lower Level
                                              New York, NY 10007
                                              Telephone: (212) 593-3310
                                              Fax: (973) 740-2484