UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRIS DE LUCA,<br><br>    Plaintiff,<br><br>vs.<br><br>EQUIPMENT SALES & SERVICE, INC.<br>and FORD MOTOR COMPANY<br>(Improperly plead as Ford Motor<br>Corporation),<br><br>    Defendants. | Case No. 07-cv-9621<br><br>**AFFIRMATION OF SERVICE** |

I, JAMES S. DOBIS, ESQ., **declare under penalty of perjury**:

1.    I am a member of the law firm of Dobis, Russell & Peterson, P.C., attorneys for the defendant, Ford Motor Company, in the within matter.

2.    On November 21, 2007, I served a copy of a Notice of Appearance on behalf of defendant, Ford Motor Company, to plaintiff's attorney, Sergei Lemberg, Esq., whose address is Lemberg & Associates, LLC, 30 Oak Street, Suite 401, Stamford, Connecticut 06905, via electronic filing.

3.    I certify that the foregoing statements made by me are true. I am aware that

if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated:      New York, New York
            November 21, 2007

                                        s/James S. Dobis, Esq.
                                        _____
                                        James S. Dobis (JD1425)
                                        DOBIS, RUSSELL & PETERSON
                                        7 Elk Street, Lower Level
                                        New York, NY 10007
                                        Telephone: (212) 593-3310
                                        Fax: (973) 740-2484