UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRIS DE LUCA, <br><br> Plaintiff, <br><br> vs. <br><br> EQUIPMENT SALES & SERVICE, INC. and FORD MOTOR COMPANY (Improperly plead as Ford Motor Corporation), <br><br> Defendants. | Case No. 07-cv-9621 <br><br> **AFFIRMATION OF SERVICE** |

I, JAMES S. DOBIS, ESQ., **declare under penalty of perjury**:

1. I am a member of the law firm of Dobis, Russell & Peterson, P.C., attorneys for the defendant, Ford Motor Company, in the within matter.

2. On November 21, 2007, I served a copy of a Verified Answer to Complaint and Demand for responses to Bill of Particulars on behalf of defendant, Ford Motor Company, to plaintiff's attorney, Sergei Lemberg, Esq., whose address is Lemberg & Associates, LLC, 30 Oak Street, Suite 401, Stamford, Connecticut 06905, via electronic filing.

3. I certify that the foregoing statements made by me are true. I am aware that

if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated:    New York, New York
            November 21, 2007

s/James S. Dobis, Esq.
_____
James S. Dobis (JD1425)
DOBIS, RUSSELL & PETERSON
7 Elk Street, Lower Level
New York, NY 10007
Telephone: (212) 593-3310
Fax: (973) 740-2484