UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRIS DE LUCA,<br><br>    Plaintiff,<br><br>vs.<br><br>EQUIPMENT SALES & SERVICE, INC.<br>and FORD MOTOR COMPANY<br>(Improperly plead as Ford Motor<br>Corporation),<br><br>    Defendants. | Case No. 07-cv-9621<br><br>JUDGE BRIEANT |

### DEFENDANT FORD MOTOR COMPANY'S VERIFIED ANSWER TO CROSS-CLAIM OF EQUIPMENT SALES and SERVICE, INC.

Defendant, Ford Motor Company ("Ford") (improperly plead as Ford Motor Corporation), for its Answer to the Cross-Claim of defendant, Equipment Sales and Service, Inc., filed herein, states and alleges as follows:

### ANSWER TO CROSS-CLAIM

Ford Motor Company denies all allegations of liability made against it.

WHEREFORE, the defendant, Ford Motor Company, demands judgment dismissing the Cross-Claim herein with costs or, alternatively, if the Cross-Claim shall not be dismissed, that the amount of damages otherwise recoverable against said defendant shall be diminished in the proportion which the culpable conduct attributable to the other parties bears to the culpable conduct, if any, of said defendant.

FORD MOTOR COMPANY HEREBY DEMANDS A TRIAL BY JURY.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: February 25, 2008

                                        s/James S. Dobis

                                        James S. Dobis (JD1425)
                                        DOBIS, RUSSELL & PETERSON
                                        7 Elk Street, Lower Level
                                        New York, NY 10007
                                        Telephone: (212) 593-3310
                                        Fax: (973) 740-2484

                                        **ATTORNEYS FOR FORD MOTOR COMPANY**

TO:    John P. Cookson, esq.
         MCELROY, DEUTSCH, MULVANEY & CARPENTER
         **Attorney for defendant, Equipment Sales & Service, Inc.**
         Wall Street Plaza
         88 Pine Street – 24th Floor
         New York, NY 10005
         (212) 483-9490

         Sergei Lemberg, Esq.
         LEMBERG & ASSOCIATES LLC
         **Attorneys for Plaintiff**
         30 Oak Street, Suite 401
         Stamford, CT 06905
         (203) 653-2250