UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRIS DE LUCA,<br><br>      Plaintiff,<br><br>vs.<br><br>EQUIPMENT SALES & SERVICE, INC.<br>and FORD MOTOR COMPANY<br>(Improperly plead as Ford Motor<br>Corporation),<br><br>      Defendants. | Case No. 07-cv-9621<br><br>**AFFIRMATION OF SERVICE** |

I, JAMES S. DOBIS, ESQ., **declare under penalty of perjury**:

1. I am a member of the law firm of Dobis, Russell & Peterson, P.C., attorneys for the defendant, Ford Motor Company, in the within matter.

2. On February 25, 2008, I served a copy of a Verified Answer to Cross-Claim on behalf of defendant, Ford Motor Company, to John P. Cookson, Esq., McElroy, Deutsch, et al., Wall Street Plaza, 88 Pine Street, 24th Floor, New York, New York 10005 and to plaintiff's attorney, Sergei Lemberg, Esq., whose address is Lemberg & Associates, LLC, 30 Oak Street, Suite 401, Stamford, Connecticut 06905, via electronic filing.

3. I certify that the foregoing statements made by me are true. I am aware that

if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated:   New York, New York
         February 25, 2008

s/James S. Dobis, Esq.

James S. Dobis (JD1425)
DOBIS, RUSSELL & PETERSON
7 Elk Street, Lower Level
New York, NY 10007
Telephone: (212) 593-3310
Fax: (973) 740-2484